ROYAL BAKING POWDER CO., Respondent, v. HOAGLAND et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Royal Baking Powder Company against Raymond Hoagland and others. W. N. Dykman, for appellants. L. G. Reed, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the referee.

RUSSELL, Respondent, v. GARLOW, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Frances Russell against Simon Garlow. No opinion. Judgment and order affirmed, with costs.

SALIS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Emil Salis against the Metropolitan Street Railway Company. H. Melville, for appellant. H. A. Heydt, for respondent. No opinion. Judgment and order affirmed, with costs.

SAMMONS et al., Respondents, v. ITHACA ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by Hanorah Sammons, as administratrix, etc., and others, against the Ithaca Street Railway Company. No opinion. Motion denied.

SAMMONS et al., Respondents, v. ITHACA ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Honorah Sammons, as administratrix, etc., and others, against the Ithaca Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAVAGE, Appellant, v. BURNHAM et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Emma J. Savage, as administratrix, against Sigourney Burnham and others. No opinion. Motion denied, with $10 costs.

SAVAGE, Appellant, v. BURNHAM et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Emma J. Savage, as administratrix, against Sigourney Burnham and others. H. D. Cohen, for appellant. L. Lowenstein, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SAXTON, Appellant, v. NATIONAL CASH REGISTER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Frank J. Saxton, as trustee, etc., against the National Cash Register Company. No opinion. Motion to dismiss appeal denied, with $10 costs and disbursements. Held, that the time within which to appeal from the judgment, as modified by the order of June 6, 1903, had not expired at the time of the service of the notice of appeal.

SCHAIBLE, Respondent, v. TETZLOFF, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Phœbe A. Schaible against Amelia Tetzloff.

PER CURIAM. Application for substitution of administrator granted, and order signed directing the amendment of the order of affirmance nunc pro tunc as of the date of argument. See Bergen v. Wyckoff, 1 Civ. Proc. R. 1.

SCHAUB, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Barbara Eyer Schaub, as executrix of Jacob Schaub, deceased, against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

SCHLITT, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant, et al. (Supreme Court, Appellate Term. June 22, 1903.) Action by Anna Schlitt against the Union Railway Company of New York City. Judgment for plaintiff, and defendant appeals. Affirmed. H. A. Robinson (F. A. Gaynor and Bayard H. Ames, of counsel), for appellant. S. S. Koenig, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

MacLEAN, J. (dissenting). A medical man, who said on his cross, "I don't know how many cases I am interested in against the same company," volunteered again and again to tell complaints made to him by the plaintiff. It was error to deny the motions, promptly made, to strike out these too willingly given gratuities, and so let hearsay, not even asked for, go to the jury accompanied with the consideration attaching to the observation of a physician of 20 years' practice. The same professional person, having testified that the plaintiff was suffering from some concussion of the brain, and he was led by certain symptoms to believe that there was evidence of concussion of the brain, was not suffered, upon cross-examination by the defendant, to answer questions tending to test the accuracy of his diagnosis, and also to show that that term might mean with him something less serious than could be attributed to it. Furthermore, in summing up, counsel for the co-defendant Waite and counsel for the plaintiff made statements as of the law applicable to the cause, imposing a liability not incurred by the defendant appellant. To each such statement exception was taken, but the learned trial justice neither rebuked the untoward utterances in answer to the exceptions nor corrected them in his charge. In my opinion the judgment should be reversed.

SCHLOTTERER, Respondent, v. BROOKLYN & N. Y. FERRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Louisa Schlotterer, an infant, etc., against the Brooklyn & New York Ferry Company. No opinion. Reargument ordered for Monday, November 23, 1903.